**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DAVID ROSENBERG & ASSOCIATES, INC.,
a Minnesota corporation,

Plaintiff,

v.

FASHIONS USA, INC., an
Illinois corporation,

Defendant.

Civil No. 01-631 (DWF/SRN)

**ORDER OF REFERENCE**

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Defendant's Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim is referred to Magistrate Judge Susan Richard Nelson.

At this time the Court's file only contains the Letter of Service required by Local Rules.

Dated: May 10, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed MAY 10 2001
Francis E. Dosal, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ____________