**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

David Rosenberg & Associates, Inc., a Minnesota corporation,

Plaintiff,

vs.

Fashions USA, Inc., an Illinois corporation,

Defendant.

Court No. 01-cv-631 DWF/SRN

**STIPULATION AND ORDER GRANTING DEFENDANT EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

---

The parties to the above-captioned lawsuit hereby stipulate and agree that Defendant Fashions USA, Inc. shall have until the close of business on Wednesday, November 28, 2001 to answer, move or otherwise plead in response to the Plaintiff's First Amended Complaint.

Dated: November 16, 2001

**DUNKLEY, BENNETT, CHRISTENSEN & MADIGAN, P.A.**

By: ______________________
David G. Parry (# 0281980)
701 Fourth Ave. South, Suite 700
Minneapolis, MN 55415-167
Telephone: (612) 339-1290

ATTORNEYS FOR DEFENDANT

Dated: November 19, 2001

**D. CLAY TAYLOR, P.A.**

By: ______________________
D. Clay Taylor (#204857)
1300 Nicollet Mall, Suite 5002
Minneapolis, MN 55403
(612) 904-7376

ATTORNEYS FOR PLAINTIFF

**IT IS SO ORDERED**:

Dated: 11/21, 2001

**BY THE COURT**:

______________________
Honorable Donovan W. Frank
Judge of the U.S. District Court

______________________
Honorable Susan R. Nelson
U.S. Magistrate Judge

FILED NOV 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

L:\A-G\Fashions USA\docs\stip ord ext.wpd 11/16/01