**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

David Rosenberg & Associates, Inc., a Minnesota corporation,

Plaintiff,

Civil No. 01-631 (DWF/SRN)

v.

**ORDER**

Fashions USA, Inc., an Illinois corporation,

Defendant.

---

David C. Taylor, Esq., Taylor Law Office, 1300 Nicollet Mall, Suite 5002, Minneapolis, MN 55403, counsel for Plaintiff.

Richard M. Dahl, Esq., and David G. Parry, Esq., Dunkley, Bennett, Christensen & Madigan, 701 Fourth Avenue South, Suite 700, Minneapolis, MN 55415, counsel for Defendant.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated October 17, 2001. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED**:

1. The motion by Defendant Fashions USA, Inc., pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), to dismiss the Plaintiff's Complaint, without prejudice, for lack of subject matter jurisdiction and failure to state a claim (Doc. No. 5) is **DENIED WITHOUT PREJUDICE**; and

DEC 1 4 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Plaintiff David Rosenberg & Associates, Inc., is granted leave to amend its Complaint to include claims under the Minnesota Sales Representative Act (MSRA), not previously asserted. Plaintiff shall file and serve any Amended Complaint within ten days of the date of this Order.

Dated: December 14, 2001

DONOVAN W. FRANK
Judge of United States District Court